# Court of Appeals
# of the State of Georgia

ATLANTA,　August 27, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0090. SHEENA FREEMAN et al v. KBN TELEVISION, LLC.**

This case originated in magistrate court which entered judgment for plaintiff KBN Television, LLC ("KBN"). KBN appealed to the superior court, which entered judgment for it in the total amount of $7,156.98. Defendants Sheena Freeman and Kingdom Fountain Global ("KFG") then filed this direct appeal. We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Freeman and KFG were required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). Furthermore, OCGA § 5-6-35 (a) (6) requires the filing of an application for discretionary appeal in all actions for damages in which the judgment is $10,000 or less. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v.*

*Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Freeman and KFG's failure to follow the discretionary appeals procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/27/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*